# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152713(65)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 152713
    COA: 318854
    St. Clair CC: 11-001804-FC

JUSTIN TIMOTHY COMER,
     Defendant-Appellant.
_____/

     On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief to July 1, 2016, is GRANTED. The time for filing the supplemental brief of plaintiff-appellee is also extended to July 1, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016



Clerk